# UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT

### Entry of Appearance - Pro Se

Mohamed

v.

Jones, et al

Case No. 22-1453

**INSTRUCTIONS:** A PARTY DESIRING TO APPEAR WITHOUT COUNSEL SHALL NOTIFY THE CLERK BY COMPLETING AND SIGNING THIS FORM. THE FEDERAL RULES OF APPELLATE PROCEDURE AND TENTH CIRCUIT RULES REQUIRE THAT ALL PAPERS SUBMITTED TO THE COURT FOR FILING BE SIGNED BY THE FILING PARTY AND THAT COPIES BE SERVED ON OPPOSING PARTIES OR THEIR COUNSEL, IF REPRESENTED BY COUNSEL. THE ORIGINAL OF EVERY PAPER SUBMITTED FOR FILING MUST CONTAIN PROOF OF SERVICE IN A FORM SIMILAR TO THAT ON THE REVERSE OF THIS FORM. ANY PAPER THAT DOES NOT CONTAIN THE REQUIRED PROOF OF SERVICE MAY BE DISREGARDED BY THE COURT OR RETURNED.

I hereby notify the clerk that I am appearing pro se as the

Appellee in
(Appellant, Petitioner, Appellee or Respondent)

this case. All notices regarding the case should be sent to me at the address below. If my mailing address changes, I will promptly notify the clerk in writing of my new address.

Further, in accordance with 10th Cir. R. 46.1, I certify: **(Check one.)**

☑ All parties to this litigation, including parties who are now or have been interested in this litigation, are revealed by the caption for this appeal, or

☐ There are parties interested in this litigation that do not appear in the caption for this appeal, and they are listed on the back of this form.

_Mohammed_
Signature

Name: Khalfan Kh. Mohamed, #44623-054
Mailing Address: ADX-Florence, PO Box 8500
City/State/Zip: Florence, CO 81226-8500

A-5a Pro Se Entry of Appearance Form 10/09

**Form 7. Declaration of Inmate Filing**

UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT
*[insert name of court; for example,
United States District Court for the District of Minnesota]*

Mohamed, Plaintiff

v.

Jones, et al, Defendants

Case No. 22-1453

I am an inmate confined in an institution. Today, 1, 17, 2023 *[insert date]*, I am depositing the Entry of Appearance *[insert title of document; for example, "notice of appeal"]* in this case in the institution's internal mail system. First-class postage is being prepaid either by me or by the institution on my behalf.

I declare under penalty of perjury that the foregoing is true and correct (see 28 U.S.C. § 1746; 18 U.S.C. § 1621).

Sign your name here  Khalfan Khamis Mohamed

Signed on  Jan. 17, 2023  *[insert date]*

*[**Note to inmate filers:** If your institution has a system designed for legal mail, you must use that system in order to receive the timing benefit of Fed. R. App. P. 4(c)(1) or Fed. R. App. P. 25(a)(2)(A)(iii).]*

(As amended Apr. 28, 2016, eff. Dec. 1, 2016; Apr. 26, 2018, eff. Dec. 1, 2018.)

Name Khaifin Khamis Mhamed
Reg. No. 54623054
U.S. Penitentiary Max.
P.O. Box 8500
Florence, CO 81226-8500

LEGAL MAIL

Office of the clerk,
United states Court of Appeals,
For the Tenth Circuit,
Byron white united states courthouse
1823 stout street
Denver, Colorado 80257

LEGAL MAIL

DENVER CO 802
19 JAN 2023 PM 8 L

LEGAL MAIL

Scanned by
US Marshal



LEGAL MAIL

JAN 19 2023