FILED
United States Court of Appeals
Tenth Circuit

May 23, 2023

Christopher M. Wolpert
Clerk of Court

# UNITED STATES COURT OF APPEALS

## FOR THE TENTH CIRCUIT

_____

KHALFAN KHAMIS MOHAMED,

    Plaintiff - Appellee,

v.

JONES, et al.,

    Defendants - Appellants.

No. 22-1453
(D.C. No. 1:20-CV-02516-RBJ-MDB)
(D. Colo.)

_____

## ORDER

_____

This matter is before the court on appellant's Motion for Appointment of Counsel to Represent Him in the Oral Argument Should Such Argument be There. The Motion is referred to the panel who will decide this appeal on the merits. No ruling will issue at this time.

Entered for the Court

CHRISTOPHER M. WOLPERT, Clerk