## IN THE UNITED STATES COURT OF APPEALS
## FOR THE TENTH CIRCUIT

_____

| | |
|---|---|
| Khalfan Mohamed, | ) |
| | ) |
|     Plaintiff-Appellee, | ) |
| | ) |
| v. | )      No. 22-1453 |
| | ) |
| Jones, *et al.*, | ) |
| | ) |
|     Defendants-Appellants. | ) |

_____

### Unopposed Motion for Extension of Time
### In Which to File Reply Brief

Pursuant to Federal Rule of Appellate Procedure 27, defendants/appellants respectfully request the Court to extend the time for filing the reply brief in this matter by 21 days, to and including June 30, 2023. Appellee does not oppose this motion. The reasons for this motion are set out below.

1.    The reply brief in this matter is currently due June 9, 2023. Appellants have not requested any previous extension of time regarding this brief.

2.    Primary responsibility for preparing and filing reply brief has been assigned to Lowell V. Sturgill Jr., Attorney, Civil Division, Appellate Staff, Washington D.C. Because of other litigation responsibilities and the unavailability of agency counsel, counsel for appellants will require an additional 21 days, to and including June 30, 2023, in which to prepare and file the reply brief.

During this time period, the Civil Division, Appellate Staff supervisor for this case, Barbara Herwig, is responsible for numerous other matters, including assisting with the preparation of the government's briefs in *Logsdon, Donald R v. USMS et al*, No. 23-7008 (10th Cir.) (brief due July 5), and *Henry v. Essex Count*y, No. 23-1987 (3d Cir.) (brief due June 14, 2023). Mr. Sturgill also is responsible for numerous other matters that will require his attention during this period, including appeal recommendations for the Solicitor General in *Carmely v. United States*, No. 3:20-cv-00689 (W.D.N.C.) (notice of appeal due June 12, 2023), and *Harrison v. Kendall*, No. 1:22-cv-1298 (E.D.Va.) (adverse remand order issued April 7, 2023). Mr. Sturgill also is actively involved in efforts to pursue a potential settlement in *Clark v. Del Toro*, No. 23-1984 (3d Cir.) (opening brief due July 3, 2023).

Defendants also need an additional 21 days to prepare and file the reply brief because trial counsel for defendants was on leave and unavailable to assist in this matter from May 20-31, 2023, and because this case involves complex constitutional and jurisdictional issues that are of significant importance to the United States and that will require additional time to adequately present to the Court.

3.      Plaintiff/Appellee has authorized us to represent that he does not object to this motion. Appellants have not previously requested any extensions of time regarding this brief.

For the foregoing reasons, defendants/appellants respectfully request the Court to extend the time for filing the reply brief by 21 days, to and including June 30, 2023.

Respectfully submitted,

BARBARA L. HERWIG
 (202) 514-5425

s/Lowell V. Sturgill Jr.
LOWELL V. STURGILL JR.
 (202) 514-3427
 *Attorneys, Civil Division*
 *Appellate Staff, Room 7527*
 *Department of Justice*
 *950 Pennsylvania Avenue, N.W.*
 *Washington, D.C. 20530*

## Certificate of Compliance

Pursuant to Federal Rule of Appellate Procedure 32(g)(1), I hereby certify that the foregoing Motion complies with the typeface and type-style requirements of Federal Rule of Appellate Procedure 27(e)(1)(E) and the type-volume limitations of Federal Rule of Appellate Procedure 27(e)(2). The Motion contains 404 words as calculated by Microsoft Word, and has been prepared in a proportionately spaced typeface using Times New Roman 14-point font.

## Additional Certifications

I also certify that:

1.     all required privacy redactions have been made,

2.     any required paper copies to be submitted to the court are exact copies of the version submitted electronically, and

3.     the electronic submission was scanned for viruses with the most recent version of a commercial virus scanning program, and is free of viruses.

s/Lowell V. Sturgill Jr.
Lowell V. Sturgill Jr.

**Certificate of Service**

I hereby certify that on this 5th day of June, 2023, I filed the foregoing Motion by use of the Court's CM/ECF system. Service of the Motion will be made by U.S. Mail.

<u>s/Lowell V. Sturgill Jr.</u>
Lowell V. Sturgill Jr.